# Third District Court of Appeal

## State of Florida

Opinion filed April 29, 2015
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D14-164
Lower Tribunal No. 10-35247
_____

**Jay Liebman and Andrea Liebman,**
Appellants,

vs.

**Deutsche Bank National Trust Company,**
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Marc Schumacher, Judge.

Jay Liebman, in proper person and Andrea Liebman, in proper person.

Baker, Donelson, Bearman, Caldwell & Berkowitz and Diana B. Matson (Ft. Lauderdale), for appellee.

Before SHEPHERD, C.J., and SUAREZ and SALTER, JJ.

SUAREZ, J.

Jay and Andrea Liebman appeal from a Final Judgment of Foreclosure in favor of Deutsche Bank National Trust Company. Finding no basis for reversal demonstrated in the record before this Court, we affirm. Fla. R. Civ. P. 9.315.